UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                          MDL No. 2325


(SEE ATTACHED SCHEDULE)


CONDITIONAL TRANSFER ORDER (CTO −34)


On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 242 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Jun 13, 2012<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>Jeffery N. Lüthi<br>Clerk of the Panel | A TRUE COPY CERTIFIED ON<br><br>JUN 1 3 2012<br><br>TERESA L. DEPPNER, CLERK<br>U.S. District Court<br>Southern District of West Virginia<br>By _____ Deputy |

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2325

### SCHEDULE CTO-34 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 12-00929 | Giles v. American Medical Systems Incorporated et al |
| AZ | 2 | 12-01033 | Carollo v. American Medical Systems Incorporated et al |
| **ARKANSAS WESTERN** | | | |
| ARW | 1 | 12-01048 | Hollis et al v. Endo Pharmaceuticals et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12-02146 | Kellam v. American Medical Systems, Inc. |
| CAN | 3 | 12-02205 | Brady v. American Medical Systems, Inc. et al |
| CAN | 3 | 12-02239 | Devine et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-02241 | Lipford et al v. American Medical Systems, Inc. |
| CAN | 3 | 12-02361 | Childers et al v. American Medical Systems, Inc |
| CAN | 4 | 12-02565 | Morgan et al v. American Medical Systems, Inc. |
| **DELAWARE** | | | |
| DE | 1 | 12-00645 | Jeffery et al v. American Medical Systems Inc. |
| **FLORIDA MIDDLE** | | | |
| FLM | 2 | 12-00254 | Layne et al v. American Medical Systems, Inc. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 12-80545 | Gosselin et al v. American Medical Systems, Inc. |
| **GEORGIA NORTHERN** | | | |
| GAN | 3 | 12-00059 | Rayburn et al v. American Medical Systems |
| **GEORGIA SOUTHERN** | | | |

| | | | |
|---|---|---|---|
| GAS | 4 | 12−00131 | Young v. American Medical Systems, Inc. |

KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 12−02314 | Jessup et al v. American Medical Systems, Inc. et al |
| KS | 2 | 12−02315 | Basha et al v. American Medical Systems, Inc. et al |
| KS | 2 | 12−02316 | Sochia et al v. American Medical Systems, Inc. et al |
| KS | 2 | 12−02319 | Greenwood et al v. American Medical Systems, Inc. et al |
| KS | 2 | 12−02320 | Hearndon et al v. American Medical Systems, Inc. et al |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 12−01236 | Miles et al v. American Medical Systems, Inc. et al |
| LAE | 2 | 12−01318 | Jones v. American Medical Systems, Inc. et al |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 2 | 12−01223 | Rashall v. American Medical Systems et al |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 12−12138 | Spalding v. American Medical Systems, Inc., et al. |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 12−01289 | Fryer et al v. American Medical Systems, Inc. |
| MN | 0 | 12−01295 | Plut et al v. American Medical Systems, Inc. |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 12−00662 | MacDonald et al v. American Medical Systems, Inc. |
| MOW | 4 | 12−00664 | Mattox v. American Medical Systems, Inc. |
| MOW | 4 | 12−00666 | Poss et al v. American Medical Systems, Inc. |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 12−03490 | Waite et al v. American Medical Systems, Inc. |

OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| OKW | 5 | 12−00534 | Willard et al v. American Medical Systems Inc |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 12−02561 | GOODWIN v. ENDO PHARMACEUTICALS et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 12−01483 | Dobbs et al v. American Medical Systems, Inc. |
| TXS | 4 | 12−01485 | Michalik et al v. American Medical Systems, Inc. |

TEXAS WESTERN

TXW    1    12-00393    Lyles v. American Medical Systems, Inc. et al